**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DOUGLAS FRANKLIN HEARD**                    **CIVIL ACTION NO. 20-0174**

                                              **SECTION P**
**VS.**

                                              **JUDGE TERRY A. DOUGHTY**

**SHERIFF J. RUSSELL, ET AL.**                **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation [Doc. No. 4] of the Magistrate Judge having been considered, together with the Objection [Doc. No. 5] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Douglas Franklin Heard's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted. The claims are dismissed without prejudice to Plaintiff's right to raise them before a state court. The claims are otherwise dismissed with prejudice.

MONROE, LOUISIANA, this 6th day of March, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE